UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OCTAVIO ALVAREZ FLORES,

    Defendant.

MJ No. 10-311-1

Order to Quash Warrant

The Court hereby quashes the arrest warrant issued on October 4, 2010.

DATED this 5th day of October, 2010.

CYNTHIA IMBROGNO
United States Magistrate Judge

Order Of Dismissal With Prejudice - 1

P01005DD.AAD.wpd